**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03315-BNB

JOHN W. PEROTTI,

    Applicant,

v.

WARDEN CHARLIE DANIELS, and
OHIO ADULT PAROLE AUTHORITY (OAPA),

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion (ECF No. 18) that Applicant, John W. Perotti, filed *pro se* on March 5, 2012, in which he asks for copies of the amended application (ECF No. 7) he filed on January 18, 2012, because he has been transferred and his legal property has not yet reached the prison. Mr. Perotti also filed on the Court-approved form an amended application (ECF No. 17) on March 5, which contains no information other than to refer to ECF No. 7. Therefore, ECF No. 17 filed on March 5 will not be considered by the Court.

    Mr. Perotti already has been informed in two previous orders (ECF Nos. 12 and 15) that he may obtain copies of the electronic documents filed in this action at a cost of fifty cents per page, to be paid in advance, and was advised to keep his own copies of any documents he submits to the Court because the Court's electronic filing system does not allow the Court to maintain paper copies. Therefore, Mr. Perotti's renewed request for copies of ECF No. 7 is DENIED.

    However, Mr. Perotti's request for additional time in which to comply with the directives in the February 23, 2012, order (ECF No. 12) for a second amended application filed on the Court-approved form is GRANTED. Mr. Perotti will be allowed **thirty (30) days from the date of this minute order** in which to file the second amended application as directed.

    This extension of time assumes Mr. Perotti's legal property, and the copy of ECF No. 7 he alleges in the March 5 motion (ECF No. 18) is contained in that legal property, arrive at the prison to which he has been transferred. An additional copy of the Court-approved form for filing a 28 U.S.C. § 2241 action was mailed to Mr. Perotti pursuant to the Court's minute order (ECF No. 15) of March 2, 2012. Failure to comply with the order for an amended application (ECF No. 12) within the time allowed, including to file it on the proper Court-approved form, will result in the dismissal of the instant action.

Dated: March 6, 2012
_____