**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03315-BNB

JOHN W. PEROTTI,

    Applicant,

v.

WARDEN CHARLIE DANIELS, and
OHIO ADULT PAROLE AUTHORITY (OAPA),

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion (ECF No. 31) that Applicant, John W. Perotti, filed *pro se* on April 16, 2012, in which he asks for a thirty-day extension of time to respond to the preliminary response (ECF No. 29) filed on April 6, 2012, by the Ohio Adult Parole Authority. The motion is DENIED.

    The Court notes that an amended preliminary response (ECF No. 32) also was filed on April 16, 2012, by Respondent Charles A. Daniels. Therefore, Mr. Perotti will be allowed **twenty-one (21) days from the date of this minute order** in which to file his reply to both preliminary responses.

Dated: April 17, 2012